1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BROOKE LYNN AZEVEDO,                    No.  2:22–cv–1925–KJN

12                 Plaintiff,                ORDER GRANTING IFP AND
                                             DIRECTING E-SERVICE
13           v.
                                             (ECF No. 2.)
14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                 Defendant.
16

17          Presently pending before the court is plaintiff's motion for leave to proceed in forma

18   pauperis.  See 28 U.S.C. § 1915 (authorizing the commencement of an action "without

19   prepayment of fees or security" by a person that is unable to pay such fees).[1]  (ECF No. 2.)

20   Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs

21   or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

22          1.      Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

23          2.      The Clerk of Court is directed to issue a summons for this case, the undersigned's

24                  scheduling order for Social Security cases, and the court's order regarding consent

25                  to the jurisdiction of a magistrate judge; and

26   _____

27   [1] Actions involving review of Social Security decisions are referred to a magistrate judge
     pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).
28

                                                    1

3. In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has represented to the court not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

Dated:  October 28, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

azev.1925