PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Blvd.
    Baltimore, Maryland 21235
    Telephone:  (510) 970-4819
    Facsimile:  (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BROOKE AZEVEDO, | Case No. 2:22−CV−01925−KJN SS |
| Plaintiff, | STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Stipulation; Remand Order
2:22−CV−01925−KJN SS

1    IT IS HEREBY STIPULATED, by and between the parties, through their respective
2 counsel of record, with the approval of the Court, that this action be remanded to the Social
3 Security Administration for further administrative proceedings pursuant to sentence four of 42
4 U.S.C. § 405(g).

5    On remand, the Commissioner will instruct the Administrative Law Judge to: conduct a
6 new hearing pursuant to which the Plaintiff may testify and submit additional evidence; consider
7 the severity of all of the Plaintiff's medically determinable impairments; determine whether the
8 Plaintiff's impairments meets or equals the Listing of Impairments; re-evaluate the medical
9 evidence and opinions and all of the other evidence of record; re-evaluate the Plaintiff's subjective
10 allegations; further develop the record as necessary to complete the administrative record;
11 conduct the sequential evaluation process by reassessing the Plaintiff's residual functional
12 capacity; obtain additional vocational expert testimony if necessary; and issue a new decision.

13    The parties further request that the Clerk of the Court be directed to enter a final judgment
14 in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 20, 2023

By: /s/ *Barbara Rizzo
BARBARA RIZZO
Attorney for Plaintiff
[*As authorized by e-mail on April 20, 2023]

Dated: April 24, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: /s/ Geralyn Gulseth
GERALYN GULSETH
Special Assistant United States Attorney

Attorneys for Defendant

Stipulation; Remand Order
2:22−CV−01925−KJN SS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  April 24, 2023

                                                     _____
                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

SD, azev.1925

Stipulation; Remand Order
2:22−CV−01925−KJN SS